UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MASIH H. MUHAMMAD,

    Plaintiff,

File no: 1:10-CV-488

v.

HON. ROBERT HOLMES BELL

UNITED STATES ATTORNEY
GENERAL, et al.,

    Defendants.
                                  /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (docket #5) is hereby adopted and approved as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's complaint is hereby **DISMISSED** for failure to state a claim upon which relief can be granted and on grounds of absolute immunity.

Dated:   June 30, 2010         /s/ Robert Holmes Bell
                                           ROBERT HOLMES BELL
                                           UNITED STATES DISTRICT JUDGE